# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 2, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2074 | YINNV LIU,<br>    Plaintiff - Appellee<br><br>v.<br><br>MONTHLY, et al.,<br>    Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-02982<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

Upon consideration of the **MOTION TO WITHDRAW AS COUNSEL**, filed on July 1, 2025, by counsel for the appellee,

**IT IS ORDERED** that counsel's motion is **DENIED** without prejudice to renewal in a motion that includes an address for the appellee.

form name: **c7_Order_BTC**    (form ID: **178**)