No. 25-2074

# UNITED STATES DISTRICT COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

YINNV LIU,

                                                                                           *Plaintiff-Appellee,*

v.

GLOBAL et al.,

                                                                                           *Defendants-Appellants,*

On Appeal From The United States District Court
For The Northern District of Illinois
Case No. 1:24-cv-02982

## MOTION TO WITHDRAW AS COUNSEL

                                       Shengmao (Sam) Mu, NY #5707021
                                       Abby Neu ARDC 6327370
                                       Keaton Smith ARDC 6347736
                                       **WHITEWOOD LAW PLLC**
                                       57 West 57th Street,
                                       3rd and 4th Floors
                                       New York, NY 10019
                                       Telephone: (917) 858-8018
                                       Email: smu@whitewoodlaw.com
                                       *Counsel for Plaintiff-Appellee*

NOW COMES, Shengmao Mu, Abby Neu, and Keaton Smith ("Movants"), attorneys for Plaintiff/Appellee Yinnv Liu, and hereby respectfully request that this Court grant them leave to withdraw as counsel of record. In support of their motion, Movants state as follows:

1. On August 7, 2024, the District Court entered a default judgment in favor of Plaintiff/Appellee and terminated the case. Dist. Crt. Dkt. # 68.

2. On September 18, 2024, Movants filed a Motion to Withdraw as Counsel for Plaintiff/Appellee, Dist. Crt. Dkt. #71, which was denied as moot due to the entered default judgment. Dist. Crt. Dkt. #54.

3. Allowing the withdrawal of Movants as counsel of record for Plaintiff/Appellee is consistent with ABA Rule 1.16 which states that a lawyer shall not represent a client when the attorney is discharged, as is the case here. Since the Movants were no longer counsel of record for Plaintiff in the district court, the Movants are likewise not counsel of record for Appellee.

4. As per the Court's request, Dkt. #6, Appellee last known address is:

> 2nd floor, No. 3 Fuyu Road,
> Huai'an Economic Development Zone
> Huai'an, CHINA 22303

WHEREFOR, Movants respectfully request this Court enter an order granting them leave to withdraw as counsel effective immediately.

Date: July 2, 2025                    Respectfully submitted,

<u>By: /s/ Keaton Smith</u>
Keaton Smith ARDC 6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff/Appellee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July 2025, a copy of the foregoing pleading was filed electronically by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ Keaton Smith    
Keaton Smith
