# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RULE TO SHOW CAUSE

October 8, 2025

| | |
|---|---|
| No. 25-2074 | YINNV LIU, <br>     Plaintiff - Appellee <br><br> v. <br><br> MONTHLY, et al., <br>     Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-02982 <br> Northern District of Illinois, Eastern Division <br> District Judge John Robert Blakey ||

**To:**   Yinnv Liu
     Floor 2
     No. 3 Fuyu Road
     Huai'an Economic Development Zone
     HUAI'AN, JIANGSU, 223000
     P.R. CHINA

You have failed to file appellee's brief within the required time and no motion for an extension of time within which to file appellee's brief has been made pursuant to Circuit Rule 26.

**IT IS ORDERED** that you, as appellee, show cause within fourteen (14) days of the date of this order why this appeal should not be submitted to the Court for decision without a brief and without oral argument by the appellee, pursuant to Circuit Rule 31(d).

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

**Please caption your response:**
"RESPONSE TO RULE TO SHOW CAUSE FOR APPELLEE "

form name: **c7_Briefing_Showcause**     (form ID: **114**)