# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 9, 2026

Before

**ILANA DIAMOND ROVNER**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*
**NANCY L. MALDONADO**, *Circuit Judge*

|  |  |
|---|---|
| No. 25-2074 | YINNV LIU,<br>　　　　　Plaintiff - Appellee<br><br>v.<br><br>MONTHLY, et al.,<br>　　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-02982<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

We **VACATE** the default judgment and **REMAND** with instructions to dismiss the case against the defendants for want of jurisdiction. The above is in accordance with the decision of this court entered on this date. Each party bears its own costs.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)